In the Matter of the Will of MARY B. HINDS, Deceased. GOODWILL INDUSTRIES OF BUFFALO, INC., Appellant; GERALD W. BRADLEY, as Executor of MARY B. HINDS, Deceased, et al., Respondents.

Argued October 1, 1946; decided October 17, 1946.

*Merton S. Gibbs* for appellant.

*Albert W. Robbins* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.